UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ROBIN FITZGERALD,

Plaintiff,

v.

LORENZO GLADSON,

Defendant.

CASE NO. 3:26-cv-05752-DGE-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY, DKT. 18**

The Court has reviewed Plaintiff's motion to compel discovery, Dkt. 18, and ORDERS:

1. The motion to compel discovery is DENIED as Plaintiff has failed to comply with Local Rule (LCR) 37 that he certify he conferred or attempted to confer in good faith with defense counsel to resolve the discovery dispute.

2. Plaintiff requested Defendant provide copies of CAD reports, police reports, and search warrants. Defendant responded to this discovery request and stated he is not the custodian of these records and does not have the requested items in his possession, and Plaintiff should thus request the Cowlitz County Sheriff's Office to produce these items. The Court finds, Plaintiff's motion to compel Lorenzo Gladson to produce records that he does not possess and is not the custodian of does not merit further consideration. Plaintiff has already been advised by Defendant Gladson that if he wishes to obtain these records, he should request the Cowlitz

County Sherriff's Office provide them. For this reason, the Court finds no basis to grant Plaintiff's motion and DENIES it.

The clerk shall provide a copy of this Order to Plaintiff.

DATED this 21st day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge